# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NENAD TRGOVCEVIC, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No. 2:11-cv-00730-RCJ-PAL |
| vs. | ) **ORDER** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #4) entered May 9, 2011, regarding removal of this case to federal district court. On May 9, 2011, Defendants filed a signed Statement (Dkt. #5) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a Joint Status Report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., July 6, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 22nd day of June, 2011.

_____
Peggy A. Leen
United States Magistrate Judge