**OFFR**
AMICK LAW OFFICE
ROBERT L. AMICK, ESQ.
Nevada Bar No. 5204
6030 S. Rainbow Blvd., Ste. D-1
Las Vegas, Nevada 89118
(702) 320-1616
Attorney for Plaintiffs
NENAD TRGOVCEIC and
BORIS TRGOVCEVIC

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| NENAD TRGOVCEVIC and BORIS TRGOVCEVIC,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. : A636164<br>DEPT. NO.: XXI |

### PLAINTIFF NENAD TRGOVCEVIC'S OFFER OF JUDGMENT

PLEASE TAKE NOTICE that, pursuant to the provisions of NRS. 17.115 and NRCP Rule 68, the Plaintiff, NENAD TRGOVCEVIC, hereby offers to accept a judgment taken against Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, in the sum of Eighteen Thousand Two Hundred Ninety-nine Dollars and 00/100 ($18,299.00), to include costs and attorney fees herein incurred.

DATED this 10th day of May, 2011.

AMICK LAW OFFICE

By: _____
ROBERT L. AMICK, ESQ.
Bar No.: 5204
6030 S. Rainbow Blvd., Ste. D-1
Las Vegas, Nevada 89118
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5 (b), I certify that I am an employee of Amick Law office, and that on the 11th day of May, 2011, I faxed a true copy of the foregoing **PLAINTIFF NENAD TRGOVCEVIC'S OFFER OF JUDGMENT** in the above matter, as follows:

Christopher Keller, Esq.
PYATT SILVESTRI & HANLON
701 Bridger Ave., Ste. 600
Las Vegas, Nevada 89101
Fax: (702) 477-0088
Attorney for Defendant

_____
An Employee of AMICK LAW OFFICE

**OFFR**
AMICK LAW OFFICE
ROBERT L. AMICK, ESQ.
Nevada Bar No. 5204
6030 S. Rainbow Blvd., Ste. D-1
Las Vegas, Nevada 89118
(702) 320-1616
Attorney for Plaintiffs
NENAD TRGOVCEIC and
BORIS TRGOVCEVIC

DISTRICT COURT

CLARK COUNTY, NEVADA

NENAD TRGOVCEVIC and BORIS TRGOVCEVIC,

Plaintiffs,

vs.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

CASE NO. : A636164
DEPT. NO.: XXI

### PLAINTIFF BORIS TRGOVCEVIC'S OFFER OF JUDGMENT

PLEASE TAKE NOTICE that, pursuant to the provisions of NRS. 17.115 and NRCP Rule 68, the Plaintiff, BORIS TRGOVCEVIC, hereby offers to accept a judgment taken against Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, in the sum of Twenty-Four Thousand Nine Hundred Ninety-nine Dollars and 00/100 ($24,999.00), to include costs and attorney fees herein incurred.

DATED this 10th day of May, 2011.

AMICK LAW OFFICE

By: _____
ROBERT L. AMICK, ESQ.
Bar No.: 5204
6030 S. Rainbow Blvd., Ste. D-1
Las Vegas, Nevada 89118
Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5 (b), I certify that I am an employee of Amick Law office, and that on the 11th day of May, 2011, I faxed a true copy of the foregoing **PLAINTIFF BORIS TRGOVCEVIC'S OFFER OF JUDGMENT** in the above matter, as follows:

Christopher Keller, Esq.
PYATT SILVESTRI & HANLON
701 Bridger Ave., Ste. 600
Las Vegas, Nevada 89101
Fax: (702) 477-0088
Attorney for Defendant

_/s/_____
An Employee of AMICK LAW OFFICE